The People of the State of Illinois, Plaintiff-Appellee, *v.* James Padfield, a/k/a James Wagner, Defendant-Appellant.

(No. 72-146;

Second District—February 11, 1974.

Opinion by Mr. JUSTICE SEIDENFELD.

Ralph Ruebner, Deputy Defender, of Elgin, for appellant.

F. Lawrence Lenz, State's Attorney, of Freeport (James W. Jerz and Charles D. Sheehy, both of Model District State's Attorneys Office, of counsel), for the People.